Electronically Filed
Kahalah A. Clay
Circuit Clerk
Jennifer Davlin
20L0249
St. Clair County
4/7/2020 5:01 PM
9036979

IN THE CIRCUIT COURT
TWENTIETH JUDICIAL DISTRICT
ST. CLAIR COUNTY, ILLINOIS

| | | |
|---|---|---|
| MIRROR FINISH PDR, LLC, and WESLEY ADAM HUFF | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) ) | Case No: **20L0249** |
| COSMETIC CAR COMPANY HOLDINGS, INC. COSMETIC CAR COMPANY LLC; MIDWEST DENT COMPANY; AUTO DENTICIAN, INC., CHARLES DANIEL BINKLEY, ERIC STOKES and ANDY CLAWSON | ) ) ) ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) ) | |

## COMPLAINT

Comes now Defendant, Mirror Finish PDR, LLC, and Wesley Adam Huff, by and through their attorneys Donovan Rose Nester P.C., and for their complaint against Defendants, states as follows:

### ALLEGATIONS APPLICABLE TO ALL COUNTS

1.      Plaintiff, Mirror Finish PDR, LLC ("Mirror Finish") is a Missouri LLC of which Wesley Huff is the sole member.

2.      Plaintiff, Mirror Finish is a former member of a defunct Missouri LLC known as Carmed 45, LLC.

3.       Plaintiff, Wesley Huff, is an Illinois citizen with his domicile located in Madison County, Illinois.

4.      Defendant, Cosmetic Car Company ("CCC") is an Illinois LLC, with its principal place of business in Roxana, Illinois.

5.       Plaintiff Auto Dentician, Inc. ("ADI") is a Utah corporation that is not registered to conduct business in the state of Illinois, but which operates in Illinois in violation of 805 ILCS 180/45-45.  Andy Clawson

6.       Plaintiff Midwest Dent Company ("MDC") is a Missouri Corporation that is not registered to conduct business in Illinois, but which operates in Illinois in violation of 805 ILCS 180/45-45.  Eric Stokes is the sole shareholder of MDC.

7.       A Partnership known as Carmed 45 ("Carmed 45 Partnership") was formed in 2010 for the purpose of providing paintless dent repair services.  It was represented to Wesley Huff that he was a partner, along with CCC, ADI, in the Carmed 45 Partnership.

8.       In 2012, the Carmed 45 Partnership was dissolved for reasons unknown to Plaintiffs.

9.       Carmed 45 LLC, a Missouri LLC, was purportedly Organized on July 30, 2012, pursuant to public records.

10.      Carmed 45, LLC, is now defunct.  Though it is technically still listed with the Missouri Secretary of State as "active" it has not conducted operations since 2015.

11.      At all times, Defendants misrepresented to Mirror Finish that it had a valuable ownership interest in Carmed 45, LLC.

12.      CCC, by and through Charles Daniel Binkley, had complete unilateral control over all aspects of Carmed 45, LLC.

13.      The structure and operation of both the Carmed Partnership and Carmed 45, LLC, was in violation of numerous state and federal laws.

14.      The Operating Agreement for Carmed 45, LLC, is null and void for being in violation of state and federal law.

15.      Numerous other LLC's were subsequently formed, each of which had CCC as the Managing Member, and over each of which CCC maintained complete unilateral control.

16.     Defendants misrepresented to Mirror Finish that it had a valuable ownership interest in entities known as CM49, LLC, CM55, LLC, and CM53, LLC.

17.     Plaintiffs, Defendants and all other entities referenced herein are involve in the business of paintless dent removal.

18.     Paintless dent removal is an automotive body repair technique that, put simply, involves popping dents out of car bodies in such a way as they do not require paint to repair.

19.     Paintless dent removal is a common and well know process that is taught by numerous third party training entities that provide training to anyone that wishes to receive it.

20.     While it operated, Carmed 45 LLC provided paintless dent repair services to known, ascertainable customers including car dealership and automotive body shops in St. Clair County, Illinois.

21.     The LLC provided these paintless dent removal services solely by and through Mirror Finish LLC in a mobile format, traveling to customers' locations to perform paintless dent removal services on-site.  Carmed 45 LLC did not have a brick and mortar location where it provided services for regular consumers.

22.     Mirror Finish, LLC, was constructively forced by Defendants to resign its membership in Carmed 45, LLC on March 31, 2015.

23.     Subsequent to the resignation of Mirror Finish, and the cessation of operations of Carmed 45 LLC, the Defendants conspired to pillage the customers of Carmed 45, LLC, and provide paintless dent repair services within the alleged Operations Area by and through other LLC's in which they have/had an ownership interest.

24.     Defendants conspired to self-deal and deplete all entities in which Plaintiff's had an ownership interest of value to deprive Plaintiffs of their interest.

25.     Defendants conspired to embezzle the assets and customers of all entities in which Plaintiffs had an ownership interest of value to deprive Plaintiffs of their interest.

26.     At all times, Defendants perpetrated a fraud upon Plaintiffs in that they conspired to misrepresent the nature and value of Plaintiffs ownership interest in the CCC-related entities.

27.     At all times, Defendants perpetrated a fraud upon Plaintiffs in that they conspired to deprive of Plaintiffs of the ownership interest and rightful income and benefits from said entities.

28.     Subsequent to March 3, 2015, Defendants have conspired to harass Plaintiffs, their business affiliates and tortuously interfere with their customer relationships.

29.     Defendants fraudulently induced Plaintiffs to enter into the above-referenced business relationship, under knowingly false pretenses, for the purpose of exploiting Wesley Huff for his labor, depriving him of the fruits of said labor and misappropriating his assets.

30.     Defendants engaged in a common scheme to defraud and deprive Plaintiffs.

31.     Defendants received zero value for their ownership interest in any of the CCC-related entities, including their initial investment.

32.     Defendants have profited off their fraud to Plaintiffs' detriment.

33.     Plaintiffs have been damaged as a result of Defendants bad acts.

34.     Wesley Huff and Mirror did not discover Defendants fraudulent acts until subsequent to March 31, 2015.

## COUNT I
### Unjust Enrichment

Now Comes Plaintiffs, by and through their undersigned counsel, and for Count I of their Complaint, state as follows:

35.     Plaintiffs re-allege and re-assert paragraphs 1 – 34 of their Complaint as if fully set forth herein.

36.     Plaintiffs have realized zero value from the entire business arrangement with Defendants.

37.     Defendants have been unjustly enriched to Plaintiffs' detriment.

38.     Defendants' unjust enrichment is directly related to, and equal to, Plaintiffs' detriment.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court enter judgment against Defendant in an amount in excess of $50,000.00 and for such other relief as this Court deems just and proper.

## COUNT II
### Fraud

Now Comes Plaintiffs, by and through their undersigned counsel, and for Count II of their Complaint, state as follows:

39.     Plaintiffs re-allege and re-assert paragraphs 1 – 34 of their Complaint as if fully set forth herein.

40.     Defendants made false statements of material fact as set forth fully herein.

41.     Defendants knew that their statements were false and/or designed to be misunderstood or misinterpreted.

42.     Defendants intended to deceive Plaintiffs.

43.     Plaintiffs relied on Defendants' false statements.

44.     Plaintiffs were damaged as a result of their reliance on Defendants' false statements.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court enter judgment against Defendant in an amount in excess of $50,000.00 and for such other relief as this Court deems just and proper.

## COUNT III
### Breach of Fiduciary Duty

Now Comes Plaintiffs, by and through their undersigned counsel, and for Count III of their Complaint, state as follows:

45.     Plaintiffs re-allege and re-assert paragraphs 1 – 34 of their Complaint as if fully set forth herein.

46.     At all times Defendants owed Plaintiffs a fiduciary duty.

47.     Defendants breached their fiduciary duty.

48.     Defendants breach of fiduciary duty proximately caused Plaintiffs' damages

49.     Plaintiffs were damaged.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court enter judgment against Defendant in an amount in excess of $50,000.00 and for such other relief as this Court deems just and proper.

## COUNT IV
### Tortious Interference with Contract
### Dan Binkley, Eric Stokes and Andy Clawson

Now Comes Plaintiffs, by and through their undersigned counsel, and for Count IV of their Complaint, state as follows:

50.     Plaintiffs re-allege and re-assert paragraphs 1 – 34 of their Complaint as if fully set forth herein.

51.     At all times Plaintiffs had a valid and enforceable membership interest in Carmed 45 LLC and other CCC-related entities.

52.     Defendants were aware of said relationship.

53.     The defendants intentionally and unjustifiably induced a breach of said business relationship.

54.     The breach proximately caused Plaintiffs' damages

55.     Plaintiffs were damaged.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court enter judgment against Defendant in an amount in excess of $50,000.00 and for such other relief as this Court deems just and proper.

## COUNT V
### Fraudulent Inducement

Now Comes Plaintiffs, by and through their undersigned counsel, and for Count V of their Complaint, state as follows:

56.     Plaintiffs re-allege and re-assert paragraphs 1 – 34 of their Complaint as if fully set forth herein.

57.     Defendants made false statements of material fact as set forth fully herein.

58.     Defendants knew that their statements were false and/or designed to be misunderstood or misinterpreted.

59.     Defendants intended to deceive and induce Plaintiffs to enter into the business arrangements described herein.

60.     Plaintiffs relied on Defendants' false statements.

61.     Plaintiffs were damaged as a result of their reliance on Defendants' false statements.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court enter judgment against Defendant in an amount in excess of $50,000.00 and for such other relief as this Court deems just and proper.

## COUNT VI
### Civil Conspiracy

Now Comes Plaintiffs, by and through their undersigned counsel, and for Count VI of their Complaint, state as follows:

62.     Plaintiffs re-allege and re-assert paragraphs 1 – 34 of their Complaint as if fully set forth herein.

63.     Defendants engaged in a common scheme to deceive and defraud Plaintiffs and deprive them of what was rightfully theirs.

64.     Defendants agreed to engage in said scheme.

65.     Said scheme had an unlawful purpose or was orchestrated to commit a lawful purpose by unlawful means.

66.     Plaintiffs were damaged as a result of their reliance on Defendants' false statements.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court enter judgment against Defendant in an amount in excess of $50,000.00 and for such other relief as this Court deems just and proper.

## COUNT VII
### Racketeer Influenced and Corrupt Organizations Act (RICO)

Now Comes Plaintiffs, by and through their undersigned counsel, and for Count VII of their Complaint, state as follows:

67.     Plaintiffs re-allege and re-assert paragraphs 1 – 34 of their Complaint as if fully set forth herein.

68.     Defendants engaged in a common scheme to deceive and defraud Plaintiffs and deprive them of what was rightfully theirs.

69.     Defendants agreed to engage in said scheme.

70.     Said scheme had an unlawful purpose or was orchestrated to commit a lawful purpose by unlawful means.

71.     The Defendants participated in the operation or management of an enterprise.

72.     The Defendants participated in the operation or management of said enterprise through a pattern of racketeering activity.

73.     Plaintiffs were damaged as a result.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court enter judgment against Defendant in an amount in excess of $50,000.00 and for such other relief as this Court deems just and proper.

BY   /s Sean K. Cronin
        SEAN K. CRONIN, #60375
        Donovan Rose Nester, P.C.
        15 N. Illinois Street
        Belleville, Illinois  62220
        scronin@drnpc.com
        Phone: (618) 212-6500
        Fax (618) 212-6501
        **ATTORNEY FOR MIRROR FINISH PDR, LLC AND WESLEY ADAM HUFF**

Electronically Filed
Kahalah A. Clay
Circuit Clerk
Jennifer Davlin
20L0249
St. Clair County
4/7/2020 5:01 PM
9036979

IN THE CIRCUIT COURT
TWENTIETH JUDICIAL DISTRICT
ST. CLAIR COUNTY, ILLINOIS

MIRROR FINISH PDR, LLC, and )
WESLEY ADAM HUFF )
 )
 )
Plaintiffs, )
 )
 )
vs. )   Case No: **20L0249**
 )
COSMETIC CAR COMPANY )
HOLDINGS, INC. COSMETIC CAR )
COMPANY LLC; )
MIDWEST DENT COMPANY; )   **JURY TRIAL DEMANDED**
AUTO DENTICIAN, INC., )
CHARLES DANIEL BINKLEY, )
ERIC STOKES and ANDY CLAWSON )
 )
Defendants. )

## JURY DEMAND

COMES NOW the Plaintiffs, Mirror Finish PDR, LLC and Wesley Adam Huff, by and

through their attorneys, Donovan Rose Nester, P.C., and hereby demands a trial by jury of the

above-captioned cause of action.

BY _/s Sean K. Cronin_____
SEAN K. CRONIN, #60375
Donovan Rose Nester, P.C.
15 N. Illinois Street
Belleville, Illinois 62220
scronin@drnpc.com
Phone: (618) 212-6500
Fax (618) 212-6501
**ATTORNEY FOR MIRROR FINISH PDR,
LLC AND WESLEY ADAM HUFF**

Electronically Filed
Kahalah A. Clay
Circuit Clerk
Jennifer Davlin
20L0249
St. Clair County
4/7/2020 5:01 PM
9036979

IN THE CIRCUIT COURT
TWENTIETH JUDICIAL DISTRICT
ST. CLAIR COUNTY, ILLINOIS

| | | |
|---|---|---|
| MIRROR FINISH PDR, LLC, and<br>WESLEY ADAM HUFF | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No: **20L0249** |
| | ) | |
| COSMETIC CAR COMPANY | ) | |
| HOLDINGS, INC. COSMETIC CAR | ) | |
| COMPANY LLC; | ) | |
| MIDWEST DENT COMPANY; | ) | **JURY TRIAL DEMANDED** |
| AUTO DENTICIAN, INC., | ) | |
| CHARLES DANIEL BINKLEY, | ) | |
| ERIC STOKES and ANDY CLAWSON | ) | |
| | ) | |
| Defendants. | ) | |

**AFFIDAVIT PURSUANT TO
ILLINOIS SUPREME COURT RULE 222(b)**

STATE OF ILLINOIS      )
                       ) SS
COUNTY OF ST. CLAIR )

Comes now Sean K. Cronin, one of the attorneys for Plaintiffs in the above-referenced

litigation, and pursuant to Illinois Supreme Court Rule 222(b), under the penalties of perjury as

provided by § 1-109 of the Code of Civil Procedure, states that the total of money damages sought

in the above matter is in excess of Fifty Thousand Dollars ($50,000.00).

BY _/s/ Sean K. Cronin_____
SEAN K. CRONIN, #60375
Donovan Rose Nester, P.C.
15 N. Illinois Street
Belleville, Illinois  62220
scronin@drnpc.com
Phone: (618) 212-6500
Fax (618) 212-6501
**ATTORNEY FOR MIRROR FINISH PDR,
LLC AND WESLEY ADAM HUFF**

## CIRCUIT COURT FOR THE 20TH JUDICIAL CIRCUIT

| State of Illinois | ) | |
|---|---|---|
| County of St. Clair | ) | S.S. |

Case Number    20L0249

Amount Claimed _____

| | | |
|---|---|---|
| MIRROR FINISH PDR, LLC<br>and<br>WESLEY ADAM HUFF<br><br><br><br>**Plaintiff(s)** | **VS** | Excess $50,000.00<br>COSMETIC CAR COMPANY HOLDINGS, INC;<br>COSMETIC CAR COMPANY, LLC; MIDWEST<br>DENT COMPANY; AUTO DENTICIAN, INC.;<br>CHARLES DANIEL BINKLEY; ERIC STOKES and<br>ANDY CLAWSEN<br>**Defendant(s)** |

Classification Prefix _____ Code _____    Nature of Action _____ Code _____

**TO THE SHERIFF: SERVE THIS DEFENDANT AT:**

Pltf. Atty. Donovan Rose Nester, P.C. _____ Code _____
Address 15 N. 1st Street, Suite A
City Belleville, IL 62220 _____ Phone 618-212-6500
Add. Pltf. Atty. _____ Code _____

NAME Auto Dentician, Inc.

ADDRESS   4521 Hedge Road

### SUMMONS COPY

To the above named defendant(s)......:

CITY & STATE   Roxana, IL 62084

☐ **A.** You are hereby summoned and required to appear before this court at
(court location) _____ at _____ M. On _____ 20___
to answer the complaint in this case, a copy of which is hereto attached. If you fail to do so, a judgment by default may be taken against you for the relief asked in the complaint.

☒ **B.** You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, judgment of decree by default may be taken against you for the relief prayed in the complaint.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.

**TO THE OFFICER:**
    This summons must be returned by the officer or other person to whom it was given for service, with indorsement thereon of service and fees if any, immediately after service. In the event that paragraph A of this summons is applicable this summons may not be served less than three days before the day of appearance. If service cannot be made, this summons shall be returned so indorsed.

    This summons may not be served later than 30 days after its date.

*Kahalah A. Clay*
KAHALAH A CLAY, Circuit Clerk
4/8/2020
Jennifer Davlin

WITNESS, _____ 20___

**S E A L**

_____
Clerk of Court

BY DEPUTY: _____

DATE OF SERVICE:   4-20 _____ 20 20
(To be inserted by officer on copy left with defendant or other person)

**CIRCUIT COURT FOR THE 20TH JUDICIAL CIRCUIT**

State of Illinois ) 
County of St. Clair ) S.S.

Case Number _____ 20L0249 _____

Amount Claimed _____

| | |
|---|---|
| MIRROR FINISH PDR, LLC<br>and<br>WESLEY ADAM HUFF<br><br>Plaintiff(s) | Excess $50,000.00<br>COSMETIC CAR COMPANY HOLDINGS, INC;<br>COSMETIC CAR COMPANY, LLC; MIDWEST<br>DENT COMPANY; AUTO DENTICIAN, INC.;<br>CHARLES DANIEL BINKLEY; ERIC STOKES and<br>ANDY CLAWSEN<br><br>Defendant(s) |

VS

Classification Prefix _____ Code _____ Nature of Action _____ Code _____

TO THE SHERIFF: SERVE THIS DEFENDANT AT:

Pltf. Atty. Donovan Rose Nester, P.C. Code _____
Address 15 N. 1st Street, Suite A
City Belleville, IL 62220 _____ Phone 618-212-6500
Add. Pltf. Atty. _____ Code _____

NAME Andy Clawsen

ADDRESS 4521 Hedge Road

**SUMMONS COPY**

To the above named defendant(s)......:

CITY & STATE Roxana, IL 62084

☐ A. You are hereby summoned and required to appear before this court at
(court location) _____ at _____ M. On _____ 20____
to answer the complaint in this case, a copy of which is hereto attached. If you fail to do so, a judgment by default may be taken against you for the relief asked in the complaint.

☒ B. You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, judgment of decree by default may be taken against you for the relief prayed in the complaint.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.

TO THE OFFICER:
This summons must be returned by the officer or other person to whom it was given for service, with indorsement thereon of service and fees if any, immediately after service. In the event that paragraph A of this summons is applicable this summons may not be served less than three days before the day of appearance. If service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

WITNESS, _____ 20____

**SEAL**

_____
Clerk of Court

BY DEPUTY: _____

4/8/2020
Jennifer Davlin

DATE OF SERVICE: ____5/-20_____ 20__20__
(To be inserted by officer on copy left with defendant or other person)

State of Illinois    )
County of St. Clair    )   S.S.

Case Number     20L0249

Amount Claimed _____

| | | |
|---|---|---|
| MIRROR FINISH PDR, LLC<br>and<br>WESLEY ADAM HUFF | VS | Excess $50,000.00<br>COSMETIC CAR COMPANY HOLDINGS, INC;<br>COSMETIC CAR COMPANY, LLC; MIDWEST<br>DENT COMPANY; AUTO DENTICIAN, INC.;<br>CHARLES DANIEL BINKLEY; ERIC STOKES and<br>ANDY CLAWSEN |
| Plaintiff(s) | | Defendant(s) |

Classification Prefix _____ Code _____

Nature of Action _____ Code _____

Pltf. Atty. Donovan Rose Nester, P.C.   Code ____
Address 15 N. 1st Street, Suite A
City Belleville, IL 62220    Phone 618-212-6500
Add. Pltf. Atty. _____ Code ____

**TO THE SHERIFF: SERVE THIS DEFENDANT AT:**

NAME   Andy Clawsen    @ *cnr Medic*

ADDRESS   4521 Hedge Road

**SUMMONS COPY**

To the above named defendant(s)......:

CITY & STATE    Roxana, IL 62084

☐ **A.** You are hereby summoned and required to appear before this court at (court location) _____ at _____ M. On _____ 20__ to answer the complaint in this case, a copy of which is hereto attached. If you fail to do so, a judgment by default may be taken against you for the relief asked in the complaint.

☒ **B.** You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, judgment of decree by default may be taken against you for the relief prayed in the complaint.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.

**TO THE OFFICER:**

This summons must be returned by the officer or other person to whom it was given for service, with indorsement thereon of service and fees if any, immediately after service. In the event that paragraph A of this summons is applicable this summons may not be served less than three days before the day of appearance. If service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

*Derrick Thayn-CEO*
*Win 40 4-14-20*
*130pm*
*Not # 12*

WITNESS, _____ 20__

**S E A L**

Clerk of Court

BY DEPUTY: _____

KAHALAH A. CLAY, Circuit Clerk
4/8/2020
Jennifer Davlin

DATE OF SERVICE: 4-14 - 20 20
(To be inserted by officer on copy left with defendant or other person)

# CIRCUIT COURT FOR THE 20TH JUDICIAL CIRCUIT

State of Illinois )
) S.S.
County of St. Clair )

Case Number  20L0249

Amount Claimed _____

| | |
|---|---|
| MIRROR FINISH PDR, LLC<br>and<br>WESLEY ADAM HUFF<br><br><br><br><br>Plaintiff(s) | Excess $50,000.00<br>COSMETIC CAR COMPANY HOLDINGS, INC;<br>COSMETIC CAR COMPANY, LLC; MIDWEST<br>DENT COMPANY; AUTO DENTICIAN, INC.;<br>CHARLES DANIEL BINKLEY; ERIC STOKES and<br>ANDY CLAWSEN<br>Defendant(s) |

**VS**

Classification Prefix _____ Code _____   Nature of Action _____ Code ____

**TO THE SHERIFF: SERVE THIS DEFENDANT AT:**

Pltf. Atty. Donovan Rose Nester, P.C.   Code _____
Address 15 N. 1st Street, Suite A
City Belleville, IL 62220   Phone 618-212-6500
Add. Pltf. Atty. _____ Code _____

NAME  Charles Daniel Binkley

ADDRESS  4521 Hedge Road

**SUMMONS COPY**

To the above named defendant(s)......:

CITY & STATE  Roxana, IL 62084

☐ A. You are hereby summoned and required to appear before this court at
(court location) _____ at _____ M. On _____ 20___
to answer the complaint in this case, a copy of which is hereto attached. If you fail to do so, a judgment by default may
be taken against you for the relief asked in the complaint.

☒ B. You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto
attached, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this
summons, exclusive of the day of service. If you fail to do so, judgment of decree by default may be taken against you
for the relief prayed in the complaint.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service
provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.

**TO THE OFFICER:**
This summons must be returned by the officer or other person to whom it was given for service, with
indorsement thereof of service and fees if any, immediately after service. In the event that paragraph A of this
summons is applicable this summons may not be served less than three days before the day of appearance. If service
cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

WITNESS, _____ 20___

KAHALAH A CLAY, Circuit Clerk
4/8/2020
Jennifer Davlin

**S E A L**

BY DEPUTY: _____

Clerk of Court

DATE OF SERVICE: 4-20 20 20
(To be inserted by officer on copy left with defendant
or other person)

## CIRCUIT COURT FOR THE 20TH JUDICIAL CIRCUIT

State of Illinois ) S.S.
County of St. Clair )

Case Number _____ 20L0249 _____

Amount Claimed _____

MIRROR FINISH PDR, LLC
and
WESLEY ADAM HUFF

**Plaintiff(s)**

VS

Excess $50,000.00
COSMETIC CAR COMPANY HOLDINGS, INC;
COSMETIC CAR COMPANY, LLC; MIDWEST
DENT COMPANY; AUTO DENTICIAN, INC.;
CHARLES DANIEL BINKLEY; ERIC STOKES
and ANDY CLAWSEN

**Defendant(s)**

Classification Prefix _____ Code _____   Nature of Action _____ Code _____

Pltf. Atty. <u>Donovan Rose Nester, P.C.</u>
Address <u>15 N. 1st Street, Suite A</u> Code _____
City <u>Belleville, IL 62220</u> Phone <u>618-212-6500</u>
Add. Pltf. Atty. _____ Code _____

**TO THE SHERIFF: SERVE THIS DEFENDANT AT:**

NAME  Eric Stokes

ADDRESS  104 S. 2nd Street

CITY & STATE  Festus, MO 63028

### SUMMONS COPY

To the above named defendant(s)......:

☐ A.  You are hereby summoned and required to appear before this court at
(court location) _____ at _____ M. On _____ 20___
to answer the complaint in this case, a copy of which is hereto attached. If you fail to do so, a judgment by default may
be taken against you for the relief asked in the complaint.

☐ B.  You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto
attached, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this
summons, exclusive of the day of service. If you fail to do so, judgment of decree by default may be taken against you
for the relief prayed in the complaint.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service
provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.

**TO THE OFFICER:**
This summons must be returned by the officer or other person to whom it was given for service, with
indorsement thereon of service and fees if any, immediately after service. In the event that paragraph A of this
summons is applicable this summons may not be served less than three days before the day of appearance. If service
cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

WITNESS, _____ 20___

SEAL

Clerk of Court

BY DEPUTY: _Pat L. Nearly_ # 4898

DATE OF SERVICE: _4/27_ 20 _20_
(To be inserted by officer on copy left with defendant
or other person)

4/8/2020
Jennifer Davlin

# CIRCUIT COURT FOR THE 20TH JUDICIAL CIRCUIT

State of Illinois )
County of St. Clair ) S.S.

Case Number _____ 20L0249 _____

Amount Claimed _____

MIRROR FINISH PDR, LLC
and
WESLEY ADAM HUFF

**VS**

Excess $50,000.00
COSMETIC CAR COMPANY HOLDINGS, INC;
COSMETIC CAR COMPANY, LLC; MIDWEST
DENT COMPANY; AUTO DENTICIAN, INC.;
CHARLES DANIEL BINKLEY; ERIC STOKES and
ANDY CLAWSEN

Plaintiff(s)                                                                    Defendant(s)

Classification Prefix _____ Code _____  Nature of Action _____ Code ____

**TO THE SHERIFF: SERVE THIS DEFENDANT AT:**

Pltf. Atty. Donovan Rose Nester, P.C. ___ Code ____
Address 15 N. 1st Street, Suite A
City Belleville. IL 62220 _____ Phone 618-212-6500
Add. Pltf. Atty. _____ Code ____

NAME Midwest Dent Company

ADDRESS 4521 Hedge Road

CITY & STATE Roxana, IL 62084

## SUMMONS COPY

To the above named defendant(s)......:

☐ A. You are hereby summoned and required to appear before this court at
(court location) _____ at _____ M. On _____ 20___
to answer the complaint in this case, a copy of which is hereto attached. If you fail to do so, a judgment by default may
be taken against you for the relief asked in the complaint.

☒ B. You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto
attached, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this
summons, exclusive of the day of service. If you fail to do so, judgment of decree by default may be taken against you
for the relief prayed in the complaint.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service
provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.

**TO THE OFFICER:**
This summons must be returned by the officer or other person to whom it was given for service, with
indorsement thereon of service and fees if any, immediately after service. In the event that paragraph A of this
summons is applicable this summons may not be served less than three days before the day of appearance. If service
cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

WITNESS, _____ 20____

**SEAL**

Clerk of Court

BY DEPUTY: _____

Kahalulla A. Clay, Circuit Clerk
4/8/2020
Jennifer Davlin

DATE OF SERVICE: 4-20 20____
(To be inserted by officer on copy left with defendant
or other person)

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
ST CLAIR COUNTY, ILLINOIS

### INITIAL MANDATORY STATUS CONFERENCE SETTING ASSIGNMENT



| MIRROR FINISH VS COSMETIC CAR | 20-L-0249 |
|---|---|

**FILED**
~~ST. CLAIR COUNTY~~

MAY 0 8 2020

CIRCUIT CLERK

22

TO:   MIDWEST DENT COMPANY
4521 HEDGE ROAD
ROXANA, IL   62084

Date : 7/13/2020          Time : 9:00 AM          Room : 405

---

The above-styled case is assigned to:  HON. STEPHEN P. MCGLYNN.

Counsel familiar with the case and authorized to act is ordered to appear for an Initial Mandatory Status Conference on the above date, time and courtroom pursuant to Local Rule 6.06, and Supreme Court Rule 218.

At the aforesaid conference the following shall be considered:

1. Service upon all of the parties;
2. Whether the case will be jury or no-jury;
3. The nature, issues, and complexity of the case;
4. Simplification of the issues;
5. Amendments and challenges to the pleadings;
6. Admissions of fact and documents;
7. Limitations of discovery, including but not limited to written discovery, depositions, and opinion witnesses;
8. Third parties;
9. Scheduling of settlement conferences;
10. Necessity of subsequent case management conferences;
11. Trial settings.

Office of Chief Judge

L63

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
ST CLAIR COUNTY, ILLINOIS

INITIAL MANDATORY STATUS CONFERENCE SETTING ASSIGNMENT

| MIRROR FINISH VS COSMETIC CAR | 20-L-0249 |
| --- | --- |

TO:    CLAWSON ANDY
       4521 HEDGE ROAD
       ROXANA,   IL    62084

**FILED**
ST. CLAIR COUNTY

MAY 0 8 2020

22                    *signature*
CIRCUIT CLERK

Date : 7/13/2020          Time : 9:00 AM          Room : 405

---

The above-styled case is assigned to:  HON. STEPHEN P. MCGLYNN.

Counsel familiar with the case and authorized to act is ordered to appear for an Initial Mandatory Status Conference on the above date, time and courtroom pursuant to Local Rule 6.06, and Supreme Court Rule 218.

At the aforesaid conference the following shall be considered:

1.    Service upon all of the parties;
2.    Whether the case will be jury or no-jury;
3.    The nature, issues, and complexity of the case;
4.    Simplification of the issues;
5.    Amendments and challenges to the pleadings;
6.    Admissions of fact and documents;
7.    Limitations of discovery, including but not limited to written discovery, depositions, and opinion witnesses;
8.    Third parties;
9.    Scheduling of settlement conferences;
10.   Necessity of subsequent case management conferences;
11.   Trial settings.

Office of Chief Judge

L63

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
ST CLAIR COUNTY, ILLINOIS

## INITIAL MANDATORY STATUS CONFERENCE SETTING ASSIGNMENT

| MIRROR FINISH VS COSMETIC CAR | 20-L-0249 |
|---|---|

TO:   AUTO DENTICIAN INC
      4521 HEDGE ROAD
      ROXANA,   IL    62084

FILED
ST. CLAIR COUNTY

MAY 0 8 2020

22                    *Habelah a. Clay*
                      CIRCUIT CLERK

Date : 7/13/2020          Time : 9:00 AM          Room : 405

The above-styled case is assigned to:  HON. STEPHEN P. MCGLYNN.

Counsel familiar with the case and authorized to act is ordered to appear for an Initial Mandatory Status Conference on the above date, time and courtroom pursuant to Local Rule 6.06, and Supreme Court Rule 218.

At the aforesaid conference the following shall be considered:

1.   Service upon all of the parties;
2.   Whether the case will be jury or no-jury;
3.   The nature, issues, and complexity of the case;
4.   Simplification of the issues;
5.   Amendments and challenges to the pleadings;
6.   Admissions of fact and documents;
7.   Limitations of discovery, including but not limited to written discovery, depositions, and opinion witnesses;
8.   Third parties;
9.   Scheduling of settlement conferences;
10.  Necessity of subsequent case management conferences;
11.  Trial settings.

Office of Chief Judge

L63

## INITIAL MANDATORY STATUS CONFERENCE SETTING ASSIGNMENT

| MIRROR FINISH VS COSMETIC CAR | 20-L-0249 |
|---|---|

TO:   STOKES ERIC
      104 S 2ND STREET
      FESTUS,  MO    63028

**FILED**
ST. CLAIR COUNTY

MAY  0 8 2020

22        *Kahilah a. Clag*
              CIRCUIT CLERK

Date : 7/13/2020          Time : 9:00 AM          Room : 405

The above-styled case is assigned to:  HON. STEPHEN P. MCGLYNN.

Counsel familiar with the case and authorized to act is ordered to appear for an Initial Mandatory Status Conference on the above date, time and courtroom pursuant to Local Rule 6.06, and Supreme Court Rule 218.

At the aforesaid conference the following shall be considered:

1. Service upon all of the parties;
2. Whether the case will be jury or no-jury;
3. The nature, issues, and complexity of the case;
4. Simplification of the issues;
5. Amendments and challenges to the pleadings;
6. Admissions of fact and documents;
7. Limitations of discovery, including but not limited to written discovery, depositions, and opinion witnesses;
8. Third parties;
9. Scheduling of settlement conferences;
10. Necessity of subsequent case management conferences;
11. Trial settings.

Office of Chief Judge

L63