IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MIRROR FINISH PDR, LLC & WESLEY ADAM HUFF,** )<br>)<br>)<br>)<br>**Plaintiff,** )<br>)<br>**vs.** )<br>)<br>**COSMETIC CAR COMPANY LLC; MIDWEST DENT COMPANY; AUTO DENTICIAN, INC.; CHARLES DANIEL BINKLEY; ERIC STOKES & ANDY CLAWSON ,** )<br>)<br>)<br>)<br>)<br>**Defendant.** | **Case No.** 20-cv-440-NJR<br>**Deadline for Completion of Mandatory Mediation: June 28, 2022** |

## REPORT OF MANDATORY MEDIATION

A mediation session was held on June 28, 2022. The outcome of the Mandatory Mediation session is as follows:

☒ **CASE HAS SETTLED**.
  ☐ A stipulation of dismissal is being prepared and will be filed by Click or tap to enter a date..
  Or
  ☒ Additional time is needed to consummate the settlement, and the parties request that the Court enter a 60-day order.

☐ **MEDIATION WAS INCONCLUSIVE**. Another mediation session has been scheduled.

☐ **MEDIATION IS COMPLETE. CASE DID NOT SETTLE**. The case will proceed to trial pursuant to the Court's Scheduling Order.

☐ **OTHER. PLEASE EXPLAIN**.

DATED: 6/29/2022.

Stephen C. Williams
_____
Mediator