## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MIRROR FINISH PDR, LLC, and WESLEY ADAM HUFF,** | |
| **Plaintiffs,** | |
| **v.** | **Case No. 3:20-CV-00440-NJR** |
| **COSMETIC CAR COMPANY HOLDINGS, INC., COSMETIC CAR COMPANY, LLC, MIDWEST DENT COMPANY, AUTO DENTICIAN, INC., CHARLES DANIEL BINKLEY, ERIC STOKES, and ANDY CLAWSON,** | |
| **Defendants.** | |

## <u>JUDGMENT IN A CIVIL ACTION</u>

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order on June 29, 2022 (Doc. 88), reflecting settlement between the parties, this action is **DISMISSED with prejudice** with each party to bear its own costs and fees, unless otherwise provided in the settlement documents.

**DATED:   August 30, 2022**

MONICA A. STUMP,
**Clerk of Court**

By:   *s/ Deana Brinkley*
**Deputy Clerk**

**APPROVED:**   *s/ Nancy J. Rosenstengel*
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**